Kenneth Stohner, Jr.
State Bar No. 19263700
Kelly Cavazos
State Bar No. 24059271
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000 - Telephone
(214) 953-5822 - Telecopier

ATTORNEYS FOR NORTH DALLAS BANK & TRUST CO.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-30208 |
| | § | |
| Signature Athletic Limited Partnership, | § | Chapter 11 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for North Dallas Bank & Trust Co. ("NDBT"), party in interest herein, and pursuant to 11 U.S.C. §§ 342 and 1109(b) and FED. R. BANKR. P. 2002, 9007 and 9010, and hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon NDBT by and through:

Kelly Cavazos
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-5877
Facsimile: (214) 661-6632
kcavazos@jw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, electronically or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices, Pleadings and Orders shall not be deemed or construed by NDBT as: (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding so eligible in this case or in any case, controversy, or proceeding related to this case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue to this proceeding or any related proceeding; or (e) waiver of any other rights or claims, actions, defenses, setoffs or recoupments which NDBT. has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments NDBT expressly reserves. This Notice of Appearance and Request for Service of Notices, Pleadings and Orders is not, and shall not be construed to be, a consent by NDBT pursuant to 28 U.S.C. § 157(c)(2).

DATED: February 24, 2011.

> Respectfully submitted,
>
> By: */s/ Kelly Cavazos*
> Kenneth Stohner
> State Bar No. 19263700
> Kelly Cavazos
> State Bar No. 24059271
>
> JACKSON WALKER L.L.P.
> 901 Main Street, Suite 6000
> Dallas, Texas 75202
> (214) 953-6000
> (214) 661-5822 – Fax
>
> **ATTORNEYS FOR NORTH DALLAS BANK & TRUST CO.**

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of February, 2011, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices, Pleadings and Orders was served electronically or by United States First Class Mail, postage prepaid upon the parties listed below and those parties receiving notice pursuant to the Court's ECF notification system.

| | |
|---|---|
| John P. Lewis, Jr.<br>Law Office of John P. Lewis, Jr.<br>1412 Main St. Ste. 210<br>Dallas, TX 75202<br>Email: jplewisjr@mindspring.com | U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242 |

> */s/ Kelly Cavazos*
> Kelly Cavazos

6044312v.1